UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                      CASE NO. 8:23-cr-334-VMC-NHA

HENAN RUIJIU BIOTECHNOLOGY CO. LTD. and
YONGLE GAO

## STATUS REPORT

As directed by this Honorable Court at Docket No. 11, the undersigned has conferred with the Drug Enforcement Administration (DEA) case agents regarding efforts to apprehend the defendant, Yongle Gao, on the charges filed in the case at-bar. The agents advise that Yongle Gao is a Chinese national and is reported to be a permanent resident of China. Upon providing Gao's name and biographical information to Customs and Border Patrol (CBP) in early 2024, the Drug Enforcement Administration (DEA) has not received any notification that Gao has travelled outside of the People's Republic of China. The United States does not have an extradition treaty with the People's Republic of China.

Upon unsealing of the Indictment on October 2, 2023, Doc. 8, the DEA Beijing Country Office provided the Ministry of Public Security (MPS) of China with Gao's name, biographical information along with the charges and supporting evidence in this case in 2024. MPS advised the DEA Beijing Country Office that Gao had not violated Chinese laws and there was not enough evidence to open a case against Gao in China. MPS also advised it had contacted Gao and advised

him he was in violation of laws of the United States.

The evidence in this case is based upon information obtained and preserved by DEA agents.   The viability of the case should remain intact indefinitely.   Should any change in circumstances develop that would adversely impact the availability of witnesses and/or evidence to successfully prosecute Gao, the United States will seek to dismiss the Indictment.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ Joseph K. Ruddy
JOSEPH K. RUDDY
Assistant United States Attorney
United States Attorney No. 037
400 N. Tampa St. Ste. 3200
Tampa, FL 33602-4798
Telephone: (813)274-6000
Facsimile: (813)274-6358
E-mail: joseph.ruddy@usdoj.gov

**U.S. v. Henan Ruijiu Biotechnology, et al.**      **Case No. 8:23-cr-334-VMC-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to:

No counsel of record

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Joseph K. Ruddy*
JOSEPH K. RUDDY
Assistant United States Attorney
United States Attorney No. 037
400 N. Tampa St. Ste. 3200
Tampa, FL 33602-4798
Telephone: (813)274-6000
Facsimile: (813)274-6358
E-mail: joseph.ruddy@usdoj.gov